Reis, Appellant, *v.* Mosebach et al.

Argued January 26, 1940. Before SCHAFFER, C. J., DREW, LINN, STERN and BARNES, JJ.

414

416

*Bernard G. Segal,* with him *Benjamin R. Simons,* of *Syme & Simons* and *Schnader & Lewis,* for appellant.

*Ralph N. Kellam, W. Glenn George* and *Herbert G. Marvin,* for appellees, were not heard.

PER CURIAM, March 25, 1940:
Judgment affirmed on the opinion of President Judge BOK.